
# United States District Court

MIDDLE DISTRICT OF ALABAMA, NORHERN DIVISION

CM#7003 0500 0000 1368 9637

## SUMMONS IN A CIVIL CASE

DON STRICKLAND,
Plaintiff,

v.　　　　　　　　　　　　　　　CASE NUMBER: CV 2:06CV589-WHA

CITY OF MILLBROOK POLICE DEPARTMENT,　　JURY DEMAND REQUESTED
Defendant.

TO:　　CITY OF MILLBROOK- CITY COUNSEL
　　　　POST OFFICE BOX 630
　　　　3390 MAIN STREET
　　　　MILLBROOK, AL 36054

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Karen Sampson Rodgers, Esq.
McPhillips, Shinbaum, L.L.P.
516 South Perry Street
Montgomery, AL 36104

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service.   If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*　　　　　　　　　　　　　　7-7-06

CLERK　　　　　　　　　　　　　　　　　　　DATE

*(signature)*

(BY) DEPUTY CLERK

AO 440 (Rev. *10/93*) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the summons and complaint was made by me[1] | DATE: |
| Name of Server (Print): | TITLE: |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (*Specify*): __CERTIFIED MAIL_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

Executed on _____     _____
               Date                        Signature of Server

                                          _____
                                          Address of Server

---

(1) As to who may serve a summons see Rule 4 of the federal Rules of Civil Procedure.

# United States District Court

MIDDLE DISTRICT OF ALABAMA, NORHERN DIVISION

CM# 7003 0500 0000 1368 9613

## SUMMONS IN A CIVIL CASE

DON STRICKLAND,
Plaintiff,

V.     CASE NUMBER: CV 2:06cv589-WHA

CITY OF MILLBROOK POLICE DEPARTMENT,     JURY DEMAND REQUESTED
Defendant.

TO:   CITY OF MILLBROOK POLICE DEPARTMENT
      POST OFFICE BOX 630
      3390 MAIN STREET
      MILLBROOK, AL 36054

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Karen Sampson Rodgers, Esq.
McPhillips, Shinbaum, L.L.P.
516 South Perry Street
Montgomery, AL 36104

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service.   If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                          7-7-06
CLERK                                        DATE

(BY) DEPUTY CLERK

AO 440 (Rev. *10/93*)   Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the summons and complaint was made by me[1] | DATE: |
| Name of Server (Print): | TITLE: |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____

☒ Other (*Specify*): __CERTIFIED MAIL_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

Executed on _____     _____
         Date                               Signature of Server

                        _____
                        Address of Server

(1) As to who may serve a summons see Rule 4 of the federal Rules of Civil Procedure.

# United States District Court

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

CM# 7003 0500 0000 1368 9651

## SUMMONS IN A CIVIL CASE

DON STRICKLAND,
Plaintiff,

V.

CASE NUMBER: CV 2:06 CV 589 -WHA

CITY OF MILLBROOK POLICE DEPARTMENT,
Defendant.

JURY DEMAND REQUESTED

TO: MAYOR OF CITY OF MILLBROOK
C/O: AL KELLEY
POST OFFICE BOX 630
3390 MAIN STREET
MILLBROOK, AL 36054

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Karen Sampson Rodgers, Esq.
McPhillips, Shinbaum, L.L.P.
516 South Perry Street
Montgomery, AL 36104

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service.   If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

7-7-06

CLERK

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the summons and complaint was made by me[1] | DATE: |
| Name of Server (Print): | TITLE: |
| *Check one box below to indicate appropriate method of service* ||

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____

☐ Other (*Specify*):  CERTIFIED MAIL _____
_____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
　　　　　　　　Date　　　　　　　　　　　Signature of Server

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Address of Server

---

(1) As to who may serve a summons see Rule 4 of the federal Rules of Civil Procedure.