IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Don Strickland, | * |
| Plaintiffs, | * |
| vs. | *   2:06cv589 |
| City of Millbrook Police Dept.., et al., | * |
| Defendants. | * |

## DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

COME NOW Defendants, by and through counsel, and state the following as their its answer to Plaintiff's complaint:

1. These Defendant admit that the United States District Court for the Middle District of Alabama, Northern Division, has jurisdiction to adjudicate a claim arising under the Age Discrimination and Employment Act. These Defendants deny the remainder of paragraph one of Plaintiff's complaint, specifically Plaintiff's demand for relief.

2. These Defendants admit that Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission against the City of Millbrook. These Defendants further admit that the Defendant received his right to sue letter on or about April 7, 2006. These Defendants deny any and all liability that may be alleged in paragraph two of Plaintiff's complaint.

3. These Defendants admit that venue is proper in the United States District Court for the Middle District of Alabama, Northern Division. These Defendants deny any and all liability that may be alleged in paragraph three of Plaintiff's complaint.

4. Admit.

5.   Admit.

6.   These Defendants admit that the Mayor's office in the City of Millbrook is located at 3390 Main Street, Millbrook, Alabama. These Defendants deny that the Mayor of the City of Millbrook, Alabama, as an individual Defendant can be held liable under the Age Discrimination and Employment Act. These Defendants incorporate all affirmative defenses regarding individual liability set forth in the motion to dismiss filed contemporaneously with Defendants' answer to Plaintiff's complaint.

7.   These Defendants admit that the City Council for the City of Millbrook chambers are located at 3341 Grandview Road, Millbrook, Alabama. These Defendants deny any and all liability that may be alleged in paragraph seven of Plaintiff's complaint and state that the City Council for the City of Millbrook is not a legal entity subject to a lawsuit. These Defendants incorporate any affirmative defense set forth in their motion to dismiss filed contemporaneously with Defendants' answer.

6(sic)   Admit.

7(sic)   These Defendants deny paragraph seven of Plaintiff's complaint and demand strict proof thereof.

8.   These Defendants deny paragraph eight of Plaintiff's complaint and demand strict proof thereof.

9.   These Defendants deny paragraph nine of Plaintiff's complaint and demand strict proof thereof.

10.   These Defendants deny paragraph ten of Plaintiff's complaint and demand strict proof thereof.

11.   These Defendants deny paragraph eleven of Plaintiff's complaint and demand strict

proof thereof.

12. These Defendants deny paragraph twelve of Plaintiff's complaint and demand strict proof thereof.

13. These Defendants deny paragraph thirteen of Plaintiff's complaint and demand strict proof thereof.

14. These Defendants deny the entirety of count one of Plaintiff's complaint and demand strict proof thereof.

15. These Defendants deny the wherefore paragraph set forth at the end of count one of Plaintiff's complaint and specifically deny that Plaintiff is entitled to any relief.

## AFFIRMATIVE DEFENSES

1. These Defendants affirmatively plead that individuals may not be held liable under the Age Discrimination and Employment Act.

2. These Defendants affirmatively plead that the City of Millbrook Police Department is not a legal entity subject to suit.

3. These Defendants affirmatively plead that the City Council of the City of Millbrook is not a legal entity subject to suit.

4. These Defendants affirmatively plead that Plaintiff failed to state a claim upon which relief can be granted.

5. These Defendants affirmatively plead that they had justification from all actions taken.

6. These Defendants affirmatively plead that there is a lack of causation between Plaintiff's alleged injuries and Defendant's actions.

7.     These Defendants affirmatively plead that any judgment rendered in this case adverse to Defendants is limited by statute.

8.     These Defendants affirmatively plead that Plaintiff is not entitled to recover punitive damages against these Defendants.

9.     These Defendants affirmatively plead that Plaintiff is not entitled to recover front pay or back pay.

10.    These Defendants affirmatively plead that Plaintiff fails to show direct evidence of discrimination.

11.    These Defendants affirmatively plead that Plaintiff failed to show circumstantial evidence of discrimination.

12.    These Defendants affirmatively plead that it had legitimate non-discriminatory reasons for all actions taken.

13.    These Defendants affirmatively plead that Plaintiff did not apply for the appointment making the basis of this lawsuit.

14.    These Defendants affirmatively plead that it failed or refused to hire Plaintiff with respect to his compensation, terms, conditions, or privileges of employment because of Plaintiff's age.

15.    These Defendants affirmatively plead that they did not adversely affect Plaintiff's status as an employee because of his age.

16.    These Defendants affirmatively plead that its First Amendment right to vote and elect the assistant chief overrides Plaintiff's statutory protections.

```
                                        _____
                                        ALEX L. HOLTSFORD, JR. (HOL048)
                                        RICK A. HOWARD (HOW045)
                                        APRIL W. MCKAY (WIL304)
                                        Attorneys for Defendants
```

OF COUNSEL:
Nix Holtsford Gilliland
    Higgins & Hitson, P.C.
P.O. Box 4128
Montgomery, AL 36103-4128
(334) 215-8585

## CERTIFICATE OF SERVICE

    I hereby certify that I have this day sent by electronic means through the Court's electronic filing system, an exact copy of the foregoing document to:

Karen Sampson Rodgers
McPhillips Shinbaum LLP
516 South Perry Street
Montgomery, AL 36104

This the 13th day of July, 2006.

                                                                                                 _____
                                                                                                 OF COUNSEL