# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| Don Strickland, | * |
| | * |
| Plaintiffs, | * |
| | * |
| vs. | *   2:06cv589 |
| | * |
| City of Millbrook Police Dept.., et al., | * |
| | * |
| Defendants. | * |

## DEFENDANTS' MOTION TO DISMISS

COME NOW Defendants, by and through counsel, and move the Court to dismiss all claims against "City of Millbrook Police Department," "Mayor of City of Millbrook," and "Millbrook City Council." In support of these Defendants' motion to dismiss, Defendants state as follows:

1.   The City of Millbrook, Alabama, is a proper defendant for this action.

2.   All claims against the City of Millbrook Police Department and City Council must be dismissed because the City of Millbrook Police Department and City Council are not legal entities subject to a lawsuit. *King v. Colbert County*, 620 So.2d 623, 626 (Ala. 1993); *White v. Birchfield*, 581 So.2d 1085, 1086 (Ala. 1991).

3.   Further, the claims against the Mayor of the City of Millbrook and individuals of the Millbrook City Council, if named in this lawsuit, are not proper because individuals are not subject to liability under the Age Discrimination and Employment Act. *Busby v. City of Orlando*, 931 F.2d 764, 772 (11th Cir. 1991).

4.   Because the only claim presented in Plaintiff's complaint arises under the Age Discrimination Employment Act, the proper Defendant is the City of Millbrook and any

individuals must be dismissed as a matter of law along with the City of Millbrook Police Department and City Council because these are not legal entities subject to lawsuits.

*[signature]*

ALEX L. HOLTSFORD, JR. (HOL048)
RICK A. HOWARD (HOW045)
APRIL W. MCKAY (WIL304)
Attorneys for Defendants

OF COUNSEL:
Nix Holtsford Gilliland
   Higgins & Hitson, P.C.
P.O. Box 4128
Montgomery, AL 36103-4128
(334) 215-8585

## CERTIFICATE OF SERVICE

I hereby certify that I have this day sent by electronic means through the Court's electronic filing system, an exact copy of the foregoing document to:

Karen Sampson Rodgers
McPhillips Shinbaum LLP
516 South Perry Street
Montgomery, AL 36104

This the 13th day of July, 2006.

*[signature]*

OF COUNSEL