IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DON STRICKLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv589-WHA |
| ) | |
| CITY OF MILLBROOK POLICE DEPT., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Defendants' Motion to Dismiss (Doc. #5), filed on July 13, 2006, it is

ORDERED that the Plaintiff shall show cause, if any there be, **on or before July 28, 2006** why the motion should not be granted. The Defendants shall have **until August 4, 2006** to reply. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 14th day of July, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE