IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DON STRICKLAND, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | ) CIVIL ACTION NO. : 2:06-cv-00589-SRW |
| | ) |
| CITY OF MILLBROOK POLICE DEPARTMENT, et al., | ) |
| | ) |
| DEFENDANTS. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Comes now Plaintiff, Don Strickland, Attorney Karen Sampson Rodgers, on behalf of the Plaintiff, and Attorneys Alex L. Holsford, Jr., Rick A. Howard, and April Willis, on behalf of the Defendants, City of Millbrook Police Department, et al., and inform the Court that they have jointly agreed to dismiss this case in its entirety with prejudice, with each party to bear its/his own costs.

Dated this 28th day of July, 2006

_____
Karen Sampson Rodgers, (SAM018)


_____
Alex L. Holtsford, Jr. (HOL048)
Rick A. Howard (HOW045)
April Willis McKay (WIL304)

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing **Joint Stipulation of Dismissal** upon the Attorneys for the Defendants by electronic mail and by U.S. Mail, postage prepaid, on this the **27th day of July, 2006.**

Alex L. Holtsford, Jr., **aholsford@nixholtsford.com**
Rick A. Howard, **rhoward@nixholtsford.com**
April Willis McKay, **amckay@ nixholtsford.com**
**NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C**
P.O. Box 4128
Montgomery, AL 36103

_____
OF COUNSEL


Karen Sampson Rodgers, Esq.
**McPHILLIPS SHINBAUM, L.L.P.**
516 South Perry Street
Montgomery, Alabama 36101
(334) 262-1911
Facsimile: (334) 263-2321
Email: **karensamrodgers@yahoo.com**